IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDRICK GILLUM                                                                                        PETITIONER
ADC #110651

V.                                             NO. 5:06cv00064 JLH

LARRY NORRIS, Director,                                                                            RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motions to dismiss (docket entries #7, #16) are hereby granted, and this 28 U.S.C. § 2254 petition for writ of habeas corpus as amended (docket entries #2, #15) is dismissed in its entirety, with prejudice. Petitioner's motion "to authenticate the record" (docket entry #18) is denied as moot.

IT IS SO ORDERED this 16th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE